**Order entered June 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00153-CV

**EM BUILDING CONTRACTORS SERVICES, LLC, Appellant**

**V.**

**BYRD BUILDING SERVICES, LLC, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04946-2016**

## ORDER

Before the Court is appellant's June 3, 2019 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** the reply brief be filed no later than June 19, 2019.

/s/     BILL WHITEHILL
        JUSTICE